David A. Birdsell
216 North Center
Mesa, AZ 85201
(480) 644-1080 / (480) 522-1440 (fax)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| REINHARDT, AMANDA LEA | ) | Case No. 4:21-bk-06789-BMW |
| | ) | |
| | ) | |
| | ) | |
| Debtors (s) | ) | **NOTICE OF TRUSTEE'S SALE** |

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on **FEBRUARY 25, 2022** at **8:30 AM** via **TELECONFERENCE** call-in number: 310-372-7549 – Conference Call Pin # 831482.

**Property to be sold**:

**Estate's equity in Debtor's 2005 Dodge Ram 2500 Quad Cablaramie Pickup (Debtor is entitled to a $6,000 exemption in the property)**

**ESTATE'S INTEREST IS SOLD "AS IS, WHERE IS."**

Terms of Sale:     **CASHIER'S CHECK WITHIN 3 DAYS OF SALE**.

To:     AMANDA LEA REINHARDT

[NOTICE OF TRUSTEE SALE - LAND] - 1

Purchase Price: $7,000.00 (debtor has an exemption of $6,000 to apply)

or any person making a higher and better offer. Any person opposing the sale shall file a written objection on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, 230 North First Avenue, Suite #101, Phoenix, Arizona 85003-1727 and mailed to the trustee David A. Birdsell at the following address: 216 North Center, Mesa, AZ 85201. If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale remains dependent upon the outcome of the Court hearing on the objection.

| January 16, 2022 | David A. Birdsell |
|---|---|
| Date | David A. Birdsell, Trustee |

**THIS SALE NOTICE WAS MAILED TO ALL INDIVIDUALS ON THE DISTRICT OF ARIZONA BANKRUPTCY COURT'S MATRIX MAILING LIST BY THE BANKRUPTCY COURT NOTICING CENTER**

[NOTICE OF TRUSTEE SALE - LAND] - 2